Fill in this information to identify the case:

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Giuseppe And The Lion Inc |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-2567373 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1585 Pine Ridge Road | 7596 Carnegie Wage |
| Number    Street | Number    Street |
| Suite 5 | |
| | P.O. Box |
| Naples    FL    34109 | Naples    FL    34119 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collier County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   www.giuseppeandlion.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Giuseppe And The Lion Inc**               Case number (*if known*)_____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**722511** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>         District _____  When _____<br>                                                MM / DD / YYYY<br>         Case number, if known _____ |

Debtor  Giuseppe And The Lion Inc  
Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number       Street

_____

_____   _____   _____
City                                        State    ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  
☑ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000  

**15. Estimated assets**

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☑ $500,001-$1 million  

☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion  

---

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page **3**

Debtor  Giuseppe And The Lion Inc
_____
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/14/2025
               MM / DD / YYYY

✗ /s/ Joseph Sutherland                          Joseph Sutherland
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✗ /s/ Michael Dal Lago                           Date  05/14/2025
Signature of attorney for debtor                        MM / DD / YYYY

Michael Dal Lago
Printed name

Dal Lago Law
Firm name

999 Vanderbilt Beach Rd. Suite 200
Number    Street

Naples                                    FL        34108
City                                      State     ZIP Code

2395716877                                mike@dallagolaw.com
Contact phone                             Email address

102185                                    FL
Bar number                                State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

ADT SECURITY SERVICES
PO BOX 371878
Pittsburgh, PA 15250

Alexandra S.
7596 Carnegie Way
Naples, FL 34119

Alexandra Sutherland
9285 Lake Park Drive
Unit 201
Fort Myers , FL 33919

Alsco
2064 Elsa Street
Naples, FL 34109

Amazon Capital Services
PO Box 035184
Seattle, WA 98124

American Express
PO Box 6031
Carol Stream , IL 60197

Anthony C.
148 Hickory Rd
Naples, FL 34108

Anthony M.
6415 Royal Woods Dr
Fort Myers, FL 33908

B3 Marketing
10460 Strike Ln
Bonita Springs, FL 34135

Bismar S. Naranjo
435 Jaipur Dr
Lehigh Acres, FL 33974

BMW Finanacial Services
PO BOX 9001065
Naples, FL 40290

Brianna C.
14913 Summit Place Cir
Naples, FL 34119

Brothers Berman LLC
8355 Coral Wood Drive
Naples, FL 34119

Capital on Tap
1389 Peachtree Rd NE
Atlanta, GA 30309

Capital One
P.O. Box 60519
City of Industry, CA 91716

Change Up, Inc.
1585 Pine Ridge Rd
Suite 5
Naples, FL 34109

Chase Bank
PO BOX 1423
Charlotte, NC 28201

CHTD Company
c/o Corporation Service Company as Repre
P.O. Box 2576
Springfield, IL 62708

CLK Financial Service
27499 Riverview Center Blvd
Bonita Springs, FL 34134

Coffee Time Services
PO Box 5303
Sarasota, FL 34277

Comcast Business
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

Credit Key
145 S Fairfax Ave
Suite 200
Los Angeles, CA 90036

Dana A.
4555 20th St N
Naples, FL 34120

Daniel A.
4723 W Alhambra Cir

Daniel O.
Jazmin Circle
Naples, FL 34105

David C.
921 McKinley Ave
Lehigh Acres, FL 33972

Deandra C.
209 Woodshire Ln
Naples, FL 34105

Devine C.
209 Woodshire Ln
Naples, FL 34105

Edmond R.
3225 Cypress Glen Way #113
Naples, FL 34109

Edvin M.
27967 Downs Dr
Bonita Springs, FL 34135

Elmer C.
5222 Fleming St
Naples, FL 34113

Emilie Mirand
1801 Brantley Road
Apt 204
Fort Myers, FL 33907

Essential Funding Group, Inc.
4750 Moody Blvd E
Unit 226
Bunnell, FL 32110

FFVA Mutual Insurance CO
PO Box 948239
Maitland, FL 32794

Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274

Fish's Wholesale
1841 N Powerline Road
Pompano Beach, FL 33069

Florida First Capital Finance Corporation
Small Business Emergency Bridge Loan Pro
P.O. Box 4166
Tallahassee, FL 32315

FNBO (Webstraurant)
P.O. Box 2818
Omaha, NE 68103

FPL
General Mail Facility
Miami, FL 33188

Francis Susano G.
12990 Positano Cir
Naples, FL 34105

Gabriel R. P.
1310 Corso Palermo Ct Apt 3

Gas South
P.O. Box 723728
Atlanta, GA 31139

Gianna M. C.
148 Hickory Rd
Naples, FL 34108

Gordon Food Service
PO Box 88029
Chicago , IL 60680

GreatAmerica Financial Svcs
PO Box 660831
Dallas, TX 75266

Guardian
Box 25256
Lehigh Valley, PA 18002

Harvin V.
4688 Dorando Dr Apt B
Naples, FL 34103

Independent Seafoods
5300 Georgia Ave
West Palm Beach, FL 33405

Innoserv Solutions LLC
3410 Belle Chase Way
Suite 600
Lansing, MI 48911

Integrated Vision Partners LLC
1585 Pine Ridge Rd
Suite 5
Naples, FL 34109

IPFS Corporation
700 S. Flower St.
Suite 1160
Los Angeles, CA 90017

Isabella S.
5344 Grand Cypress Cir, Apt 201
Naples, FL 34109

Jessica N.
6415 Royal Woods Dr
Fort Myers, FL 33908

Jesus V.
Grande Cypress 5350 Apt 103
Naples, FL 34109

Jose L.
1130 Granada Blvd
Naples, FL 34103

Joseph A.
7610 Bristol Ci
Naples, FL 34120

Joseph Sutherland
9285 Lake Park Drive
Fort Myers, FL 33919

Julian P.
811 14th St SE
Naples, FL 34117

K&M Recovery Group LLC
c/o Katerina Marciante
301 Constitution Ave, Apt 123
Bayonne, NJ 07002

Kellers Pest Control
1510 53rd Ave West
Bradenton, FL 34207

Leo J Hertzog Jr Revocable Trust of 2003
PO Box 7038
Naples, FL 34101

Linda L.
1130 Granada Blvd
Naples, FL 34103

Loretta H.
644 Grand Rapids Blvd
Naples, FL 34120

Lucio F.
1431 21st SE
Naples, FL 34120

Luis K.
1962 MORNING SUN LN
Naples, FL 34119

Maria V.
160 Auburn Ave S
Fort Myers, FL 33974

Marvin M.
1942 55th Ter SW Apt A
Naples, FL 34116

MCA Funding Group LLC
2959 Nostrand Ave
Brooklyn , NY 11229

Michelle L. B.
1634 Merrimack Ct

My Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

NCR Voyix
864 Spring St NW
Atlanta, GA 30308

NewCo Capital Group
90 Broad Street
Suite 903
New York, NY 10004

Nicolas Rivero S.
2901 Pine Run Rd
Naples, FL 34109

Norair B.
12936 Violino Ln #101
Naples, FL 34105

Norma E. Yax L.
1130 Granada Blvd
Naples, FL 34103

Novus Capital Funding
54 State Street, Ste 804
Albany, NY 12207

Odalis L.
1130 Granada Blvd
Naples, FL 34103

Open Table
1 Montgomery Street
Suite 500
San Francisco, CA 94104

Pair-A-Dice Produce
16758 McGregor Blvd
Fort Myers, FL 33908

Patricia A. S.
4880 Coral Wood D
Naples, FL 34119

PayPal Credit SVCS/SYNCB
PO Box 71718
Philadelphia, PA 19176

Port Royal Trading Company
3407-A N,W. 72nd Ave.
Miami, FL 33122

Quickbooks Capital
2700 Coast Ave
Mountain View, CA 94043

Reliance Funding
6900 Wisconsin Ave
Suite 700
Chevy Chase, MD 20815

Republic National Distribution
441 S.W. 12th Ave
Deerfield Beach, FL 33442

Sophia M.
2685 22nd Ave SE
Naples, FL 34117

Southern Glazers of Florida
PO Box 947921
Atlanta, FL 30394

Stiven D.
3041 54th Ter SW
Naples, FL 34116

Summit Broadband
Orlando, FL 32811

Suncoast Beverage
4747 Progress Ave
Naples, FL 34104

Sunset Spice and Specialties, Inc.
PO Box 110936
Naples, FL 34109

TECO
702 N Franklin St
Tampa, FL 33602

Thalia Naranjo
435 Jaipur Dr.
Lehigh Acres, FL 33936

The Law Offices of Marc L. Shapiro, P.A.
720 Goodlette Road N., Suite 304
Naples, FL 34102

Tiffany Sutherland
9285 Lake Park Drive
Fort Myers, FL 33919

Victoria A.
7548 Carnegie Way
Naples, FL 34119

Victoria Sutherland
1077 Briarbrook Dr
Wheaton , IL 60189

Vincent & Catherine Randazzo
9783 Wilshire Lakes Blvd
Naples, FL 34109


Waste Management
800 Capitol Street
Suite 3000
Houston , TX 77002


Wayne S.
500 Misty Pines Cir.
Naples, FL 34105


WebBank
215 State St Suite 1000
Salt Lake City, UT 84111


Wilber M.
27967 Downs Dr
Bonita Springs, FL 34135


Wismettac
602 Washington Ave
Carlstadt, NJ 07072

United States Bankruptcy Court
Middle District of Florida

In re: Giuseppe And The Lion Inc

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/14/2025

/s/ Joseph Sutherland
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor